■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ALLEN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court,

Erie County, Marshall, J.—attempted robbery, second degree.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.